# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROY VONN ALLEN, <br>     Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>     Defendant. | Case No.: 2:22-cv-03780-GJS <br><br> **JUDGMENT** |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: October 31, 2022

_____
HONORABLE JUDGE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-